MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: randall.luskey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> MILTON GAMEZ FIERRO, ) <br> ) <br>    Defendant. ) <br> ) | No. CR 12-00582 YGR <br><br> ORDER AND STIPULATION FOR CONTINUANCE FROM NOVEMBER 15, 2012 TO DECEMBER 20, 2012 |

    At the request of the parties, the Court set a date of November 15, 2012 for an entry of plea for defendant Milton FIERRO. The government now represents to the Court that it is investigating additional charges against defendant FIERRO and, therefore, entry of plea on the existing charges is no longer appropriate at this time. Based on these new developments, the government has provided the defendant with additional information and discovery relating to the new investigation and defense counsel has begun to conduct additional investigation into these issues. Therefore, defendant FIERRO now believes it is in his best interests to postpone the

JOINT STIPULATION AND ORDER CONTINUING PLEA

entry of plea to December 20, 2012 in order to afford him additional time to investigate the case. With the agreement and consent of FIERRO and the government, the Court enters this order scheduling an entry of plea on December 20, 2012 at 2:00 p.m. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 15, 2012 to December 20, 2012, as to defendant FIERRO.

IT IS SO STIPULATED:

DATED: November 12, 2012              _____/s_____
                                       DAVID ANDERSEN
                                       Attorney for Defendant


DATED: November 12, 2012              _____/s_____
                                       RANDY S. LUSKEY
                                       Assistant United States Attorney


IT IS SO ORDERED.

DATED: November 13, 2012              _____
                                       HON. YVONNE GONZALEZ ROGERS
                                       United States District Court Judge

JOINT STIPULATION AND ORDER CONTINUING PLEA

2