```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  RANDY S. LUSKEY  (CABN 240915)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-7200
7     Fax: (415) 436-7234
      E-Mail: randall.luskey@usdoj.gov
8
   Attorneys for the United States of America
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00582 YGR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | AND ORDER |
| MILTON GAMEZ FIERRO, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information.

DATED: January 30, 2013              Respectfully submitted,

                                     MELINDA HAAG
                                     United States Attorney


                                     _____/s/_____
                                     MIRANDA KANE
                                     Chief, Criminal Division

NOTICE OF DISMISSAL (CR 12-00582 YGR)

1
2    Leave is granted to the government to dismiss the Information.
3
4    Date: January 30, 2013                    _____
                                                HON. YVONNE GONZALEZ ROGERS
5                                               United States District Judge

2